# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEMARIO ROEBUCK**                                                                                   **PLAINTIFF**

**v.**                             **Case No. 2:20-cv-00163 KGB**

**SHELTER MUTUAL INSURANCE COMPANY**                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation for dismissal with prejudice (Dkt. No. 68). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation and dismisses this action with prejudice, with each party to bear their own costs. The Court denies as moot all pending motions (Dkt. Nos. 36, 48, 51, 55, 56).

It is so ordered this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge